**Order entered August 29, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00458-CV

## IN THE INTEREST OF K.R.R., A CHILD

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89497**

## ORDER

By this order, we remove this case from submission on September 22, 2022

and set the case for submission today, August 29, 2022.  *See* TEX. R. APP. P. 2.

/s/     KEN MOLBERG
JUSTICE